GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #027451
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
GREGORY J. AHERN, Alameda County Sheriff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HARMAN, NANCY MANCIAS, and JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY J. AHERN, Alameda County Sheriff,<br><br>Defendant | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b)**<br>**(Federal Question - 42 U.S.C. §1983)**<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that defendant GREGORY J. AHERN hereby removes to this court the state court action described below:

1.   On June 2, 2014, an action was commenced in the Superior Court in and for the County of Alameda, entitled SUSAN HARMAN, NANCY MANCIAS, and JANE DOE vs. GREGORY J. AHERN, Alameda County Sheriff, case no. RG14727494.  A copy of the Summons and Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief Under Cal. Const. Art. I §§ 1,13, U.S. CONST. AMD. 4, AND 15 C.C.R. §1214 filed in the case is attached hereto as **Exhibit A**.

2.   The date upon which defendant GREGORY J. AHERN received a copy of the said

verified petition and complaint was June 3, 2014 when he was served with the summons and verified petition and complaint in said state action.

3. On July 3, 2014, defendant GREGORY J. AHERN filed an answer to the verified petition and complaint in said state court. A copy of this Answer is attached hereto as **Exhibit B**.

4. Other than filing an answer to the complaint in the state court action, defendant has taken no other action in response to plaintiffs' claim in the state court.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(c) in that it arises under 42 U.S.C. §1983 (Civil Rights Act).

DATED: July 3, 2014

                                      BOORNAZIAN, JENSEN & GARTHE
                                      A Professional Corporation

                              By:  *Gregory J. Rockwell*
                                    GREGORY J. ROCKWELL, ESQ.
                                      Attorneys for Defendant
                                      GREGORY J. AHERN
                                      Alameda County Sheriff

27451\663380

NOTICE OF REMOVAL OF ACTION

*Harman, et al. vs. Ahern;* U.S. District Court, Northern District of California Case No. C 14