UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HARMAN, et al.,

    Plaintiffs,

  v.

GREGORY J. AHERN,

    Defendant.

Case No. 14-cv-03051-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on November 13, 2014. However, as the parties are in settlement negotiations and the Court has ordered them to file a status report by November 20, 2014, the November 13 CMC is VACATED.

    **IT IS SO ORDERED.**

Dated: October 14, 2014

                                         MARIA-ELENA JAMES
                                         United States Magistrate Judge