UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HARMAN, et al.,

    Plaintiffs,

v.

GREGORY J. AHERN,

    Defendant.

Case No. 14-cv-03051-MEJ

**ORDER TO SHOW CAUSE**

On June 11, 2015, Covington & Burling LLP and American Civil Liberties Union Foundation of Northern California, Inc. ("Plaintiffs' Counsel") filed a Motion to Withdraw as Counsel to Plaintiff Jane Doe, stating that they have been unable to make contact with her and cannot proceed without her consent. Dkt. No. 34. The Court granted the Motion based on Jane Doe's failure to maintain regular contact with her counsel, despite Plaintiffs' Counsel's multiple attempts to contact her, and her failure to cooperate in moving the litigation forward as the remaining parties engage in settlement negotiations. Dkt. No. 38; *see also* Jacobs Decl. ¶¶ 3-8, Dkt. No. 35.

Based on Jane Doe's apparent failure to prosecute her case diligently, the Court hereby ORDERS Plaintiff Jane Doe to show cause why her case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 23, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 6, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff Jane Doe that the Court may dismiss her case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge