Christine Saunders Haskett (SBN 188053)
Rebecca Ariel Jacobs (SBN 294430)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
Email: chaskett@cov.com; rjacobs@cov.com

Michael Temple Risher (SBN 191627)
Elizabeth O. Gill (SBN 218311)
American Civil Liberties Union
Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email: mrisher@aclunc.org; egill@aclunc.org

Attorneys for Plaintiffs
SUSAN HARMAN, NANCY MANCIAS, and
JANE DOE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN HARMAN, NANCY MANCIAS, and JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHERN, Alameda County Sheriff,<br><br>    Defendant. | Civil Case No.: 3:14-cv-03051-MEJ<br><br>**JOINT STATUS REPORT<br>AND ORDER THEREON** |

1    The parties submit this Joint Status Report pursuant to the Court's September 8, 2015 text order.
2 Dkt. No. 44.
3    On October 28, 2015, the parties entered a Settlement Agreement pertaining to this dispute.  The
4 Settlement Agreement provides that Plaintiffs will seek dismissal following Plaintiffs' counsel's receipt
5 of the amounts specified as well as the new and revised policies and the revised inmate handbook
6 described therein.  Plaintiffs' counsel have received the new and revised policies and the revised inmate
7 handbook.  Upon receipt of the amounts specified in the Settlement Agreement, which includes nominal
8 damages and attorneys' fees, Plaintiffs will request dismissal.  The parties therefore respectfully request
9 that the Court either drop this matter from its calendar or continue the matter six (6) months for the
10 parties to submit an updated status report if they have not yet requested dismissal.

November 4, 2015

                                      COVINGTON & BURLING LLP

                                      By:  */s/ Rebecca Ariel Jacobs*
                                             Rebecca Ariel Jacobs

                                      ACLU Foundation of Northern California, Inc.

                                      By:  */s/ Michael Temple Risher*
                                            Michael Temple Risher

Attorneys for Plaintiffs
SUSAN HARMAN, NANCY MANCIAS, and JANE DOE

November 4, 2015

                                      LAW OFFICES OF NANCY E. HUDGINS

                                      By:  */s/ Matthew M Grigg*
                                            Matthew M. Grigg

Attorneys for Defendant

**ATTESTATION**

I, Rebecca Ariel Jacobs, am the ECF user whose User ID and Password are being used to file the **JOINT STATUS REPORT**. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatories Michael T. Risher and Matthew M. Grigg.

DATED:  November 4, 2015                COVINGTON & BURLING LLP

                                        */s/ Rebecca Ariel Jacobs*
                                        Rebecca Ariel Jacobs

```
  The parties' request is GRANTED. All pretrial and trial deadlines are
VACATED. The parties shall file a dismissal or updated joint status report
by May 4, 2016.

 Dated: November 4, 2015
```

