Christine Saunders Haskett (SBN 188053)
Rebecca Ariel Jacobs (SBN 294430)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:     (415) 591-6091
Email: chaskett@cov.com; rjacobs@cov.com

Michael Temple Risher (SBN 191627)
Elizabeth O. Gill (SBN 218311)
American Civil Liberties Union
Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone:    (415) 621-2493
Facsimile:     (415) 255-8437
Email: mrisher@aclunc.org; egill@aclunc.org

Attorneys for Plaintiffs
SUSAN HARMAN, NANCY MANCIAS, and
JANE DOE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN HARMAN, NANCY MANCIAS, and JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. AHERN, Alameda County Sheriff,<br><br>Defendant. | Civil Case No.: 3:14-cv-03051-MEJ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL** |

IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered between the parties on October 28, 2015.

May 4, 2016

        COVINGTON & BURLING LLP

        By:*/s/ Rebecca Ariel Jacobs*
           Rebecca Ariel Jacobs

        ACLU Foundation of Northern California, Inc.

        By:*/s/ Elizabeth O. Gill*
           Elizabeth O. Gill

        Attorneys for Plaintiffs
        SUSAN HARMAN, NANCY MANCIAS, and
        JANE DOE

May 4, 2016

        LAW OFFICES OF NANCY E. HUDGINS

        By:*/s/ Matthew M. Grigg*
           Matthew M. Grigg

        Attorneys for Defendant GREGORY J. AHERN

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

May 5, 2016

                                The Honorable Maria-Elena James

**ATTESTATION**

I, Rebecca Ariel Jacobs, am the ECF user whose User ID and Password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatories Elizabeth O. Gill and Matthew M. Grigg.

May 4, 2016

                                                    COVINGTON & BURLING LLP


                                                    By: */s/ Rebecca Ariel Jacobs*
                                                         Rebecca Ariel Jacobs